UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Natalie Hirt Adams
Courtroom 11A

United States v. Joseph James Nantomah
8:26-mj-1126-NHA

| | |
|---|---|
| **Date**: January 21, 2026 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 2:00 PM–2:33 PM \| Total: 33 mins. | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Candace Rich, AUSA | Jessica Casciola, AFPD |

| **Initial Appearance-Rule 5** |
|---|
| Defendant present with counsel. |
| Arrest Date: 1/21/2026 |
| Court summarizes the charges and potential penalties and advises Defendant of Rule 5 rights. |
| Proceedings conducted pursuant to Rule 5(c) |
| Oral motion for counsel by Defendant. Court reviews financial affidavit and places Defendant under oath to inquire as to financial assets. Court finds that Defendant qualifies for the appointment of counsel. AFPD appointed for all further proceedings. |
| Identity Hearing waived. |
| Defendant confirms he has a reliable copy of the warrant. |
| Oral motion by Defendant to continue Preliminary Hearing. Court asks attorneys to submit 3 mutual dates/times that everyone is available and the Court will schedule. |
| Government seeks detention. |
| Court advised Defendant of hearing rights. Court hears argument by counsel |
| Defendant detained pending further order of the Court. |
| Due process oral order given. |